# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| National Union Fire Insurance Company of Pittsburgh, PA, | No. CV-24-08070-PCT-JJT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| 3137 Willow Creek Road, LLC, *et al.*, | |
| Defendants. | |

At issue is the parties' Joint Motion to Extend Deadlines (Fourth Request) (Doc. 77). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Motion to Extend Deadlines (Fourth Request) (Doc. 77) and extending the deadlines as follows:

| Deadline | Current | New |
|---|---|---|
| Fact discovery shall be completed by | January 15, 2026 | **March 13, 2026** |
| All parties shall disclose the identity of all persons whom they may call at trial to present evidence under Rules 702, 703, 704, or 705 of the Federal Rules of Evidence (Fed. R. Evid.) no later than | January 15, 2026 | **March 13, 2026** |
| The parties shall disclose the identity of all rebuttal expert testimony no later than | February 12, 2026 | **April 10, 2026** |
| All discovery must be completed by | March 19, 2026 | **May 29, 2026** |

| Deadline | Current | New |
|---|---|---|
| The parties must complete all pre-trial disclosures required under Fed. R. Civ. P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, on or before | March 2, 2026 | **May 1, 2026** |
| Good faith settlement discussions shall be held no later than | June 11, 2026 | **August 21, 2026** |
| All dispositive motions, including *Daubert* motions, shall be filed no later than | April 23, 2026 | **July 24, 2026** |

All other aspects of the Courts August 15, 2024, Scheduling Order (Doc. 37; Modified at Docs. 41, 69, 74) remain in effect.

Dated this 26th day of November, 2025.

Honorable John J. Tuchi
United States District Judge